# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

Case No.: 13-CV-81105-RYSKAMP/HOPKINS

MARC GROUP, on behalf of himself and all
others  similarly situated,

      Plaintiff,

v.

WALGREEN CO.,

      Defendant.

_____/

## ORDER STAYING PROCEEDINGS

**THIS CAUSE** comes before the Court on parties joint motion to stay proceedings **[DE 37]** filed on July 28, 2014.  Parties have agreed to a global settlement in this matter which is pending approval in the Southern District of New York.  *See Quinn v. Walgreen Co.*, No. 12-cv-8187 (S.D.N.Y.).  As part of the settlement, parties agreed to move for a stay of all proceedings connected to the settlement, including this action.

"A district court has the authority to issue a stay of the proceedings pending resolution of a related matter in another court."  *Ortega Trujillo v. Conover & Co. Commc'ns, Inc.*, 221 F.3d 1262, 1264 (11th Cir. 2000).  The Court has reviewed parties' motion, and finds good cause to stay and administrative close this action.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Parties' motion to stay proceedings **[DE 37]** is **GRANTED**.

2. This action is **STAYED** until further order of the Court, and parties shall file a joint status report on the progress of the settlement proceedings in sixty (60) days.

1

3. If resolution of the global settlement concludes before sixty (60) days, parties shall immediately move to reopen this case and file a joint stipulation with prejudice.

4. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case and to **DENY** all pending motions as **MOOT**.  Such motions may be subject to renewal when the stay is lifted.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 7 day of August, 2014.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE